# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE AVIS RENT A CAR SYSTEM, LLC SECURITY INCIDENT LITIGATION** | Case No. **2:24-cv-09243-MAH** |

### SUPPLEMENTAL NOTICE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to the Court's December 8 Text Order **(ECF No. 58)**, and in further support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement **(ECF No. 57),** Plaintiffs submit as **Exhibit 1** the full and complete version of the Settlement Agreement, which includes the following:

1. **Exhibit 1:** Settlement Agreement
2. **Exhibit A:** Claim Form
3. **Exhibit B:** Long Notice
4. **Exhibit C:** Short Notice
5. **Exhibit D:** [Proposed] Preliminary Approval Order

DATED: December 8, 2025

Respectfully submitted,

*/s/Jack R. Spitz*
Jack R. Spitz
**SIRI & GLIMSTAD LLP**
8 Campus Drive, Suite 105 PMB#161
Parsippany, New Jersey 07054
Tel: (717) 967-5529
E: jspitz@sirillp.com

Tyler J. Bean *
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Attorney for Plaintiff Brooke Pestano*

*\*Pro Hac Vice Forthcoming*

2

**CERTIFICATE OF SERVICE**

    I certify that on December 8, 2025, the foregoing document will be served on all counsel of record via the Court's ECF system.

                                        */s/Jack R. Spitz*
                                        Jack R. Spitz